# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2024

**Via ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Samuel Hall**
             **24 Cr. 151 (PGG) (SN)**

Dear Judge Netburn,

    I write to respectfully request a brief adjournment of the bail status conference scheduled for Friday, April 19, 2024 in the above-captioned matter. In light of Mr. Hall's employment schedule and the undersigned's commitments as the "on-duty" Assistant Federal Defender on April 19, we respectfully request an adjournment to Monday, April 22, 2024. The defense and Pretrial Services are available any time after 10:00 a.m. The government is only available between noon and 2:00 p.m., but its attendance at Mr. Hall's bail status conferences with the Court has not been required.

    We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              /s/

                              Neil P. Kelly
                              Assistant Federal Defender

---

The status conference scheduled for Friday, April 19, 2024 is rescheduled for Friday, April, 26, 2024, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, The Government is invited but need not attend this conference.
**SO ORDERED.**

                              _____
                              SARAH NETBURN
                              United States Magistrate Judge

DATED:    April 17, 2024
                New York, New York