# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

August 13, 2024

**Via ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

/s/ Paul G. Gardephe

Paul G. Gardephe, U.S.D.J.

Date: August 15, 2024

**Re:    United States v. Samuel Hall**
**24 Cr. 151 (PGG)**

Dear Judge Gardephe,

    I write with the consent of the government and Pretrial Services to respectfully request that Mr. Hall's pretrial bond be modified to permit him to travel to the District of Maryland with the approval of Pretrial Services. The Court has previously granted Mr. Hall permission to travel to Maryland to assist a family member in their recuperation from a health incident. So that Mr. Hall may engage in similar travel in the future without needing to seek the leave of the Court for each trip, we respectfully request that he be permitted to travel to Maryland if his supervising Pretrial Services Officer approves.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    AUSA Margaret Lynaugh
       Pretrial Services Officer Laura Gialanella