UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>SAMUEL HALL,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 151 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 21, 2024, at 2:00 p.m. is adjourned to **December 9, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Margaret Lynaugh, and with the consent of Defendant Samuel Hall, it is further ordered that the time between October 21, 2024, and December 9, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to discuss a potential pretrial disposition.

Dated: New York, New York
       October 18, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge