UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SAMUEL HALL,

Defendant.

**ORDER**

24 Cr. 151 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will take place in this matter on **January 16, 2025, at 12:30 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 9, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge