# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 8, 2025

**Via ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   United States v. Samuel Hall**
       **24 Cr. 151 (PGG)**

Dear Judge Gardephe,

    I write with the consent of the government and Pretrial Services to respectfully request that Mr. Hall's pretrial bond be modified to permit him to travel to the District of Columbia with the approval of Pretrial Services. The Court has previously granted Mr. Hall permission to travel to Maryland with the approval of his Pretrial Services Officer. Mr. Hall has been presented with employment offers for events being held in Washington, D.C. in the coming weeks, which he would like to accept because his work has been slow in New York in January. If the Court approves this travel, Mr. Hall will provide his travel itinerary to his Pretrial Services Officer.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Margaret Lynaugh
      Pretrial Services Officer Laura Gialanella

**MEMO ENDORSED**

The Application is granted.
SO ORDERED:

*Paul Gardephe*

Paul G. Gardephe, U.S.D.J.

Date: January 13, 2025