**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 22, 2025

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Samuel Hall**
     **24 Cr. 151 (PGG)**

Dear Judge Gardephe,

    I write with the consent of the government to respectfully request a Court order authorizing Mr. Hall's mental health services provider to release records regarding Mr. Hall's treatment to defense counsel. This information may be highly relevant to the defense's sentencing submission and presentation. Because Mr. Hall's mental health services provider is contracted through Pretrial Services, we understand that a subpoena from defense counsel is insufficient and that a Court order is required for us to obtain these records.

    Accordingly, we respectfully request that the Court authorize Mr. Hall's Pretrial Services-contracted mental health services provider to release to defense counsel any and all records requested by the defense in advance of Mr. Hall's sentencing in this matter.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record

**MEMO ENDORSED**

The Application is granted.
SO ORDERED:

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Date: January 23, 2025