UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SAMUEL HALL,

Defendant.

**ORDER**

24 Cr. 151 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the Defendant's consent, his guilty plea allocution to Count One of the Indictment (Dkt. No. 64) was made before Magistrate Judge Gary Stein on January 16, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the Defendant's guilty plea to Count One of the Indictment is accepted.

Dated: New York, New York
       February 19, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge