UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | **ORDER** |
| SAMUEL HALL, | 24 Cr. 151 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing will take place on **May 8, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Hall's sentencing submission is due by **April 24, 2025**. The Government's submission is due by **May 1, 2025**.

Dated: New York, New York
       February 19, 2025

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge