# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 19, 2025

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Samuel Hall**
      **24 Cr. 151 (PGG)**

Dear Judge Gardephe,

    I write with the consent of the government to respectfully request a rescheduling of the sentencing hearing in the above-captioned matter. The Court has scheduled sentencing for May 8, 2025 at 3:00 p.m., at which time defense counsel has an unmovable conflict. As such, the parties respectfully request that the Court reschedule the sentencing hearing to either May 6, 2025 at 3:00 p.m. or May 7, 2025 at 3:00 p.m.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record

**MEMO ENDORSED:**

The application is granted. Sentencing is rescheduled to May 7, 2025, at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Hall's sentencing submission is due by April 23, 2025. The Government's submission is due by April 30, 2025.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

Date: February 21, 2025