UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>SAMUEL HALL,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 151 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of the Defendant is scheduled for Wednesday, May 7, 2025, at 3:00 p.m.  By Monday, May 5, 2025, the parties will file submissions explaining why the application of the Guidelines Manual effective November 1, 2024 would result in a higher Guidelines range than the edition in effect at the time of the offense – the November 1, 2021 edition.  If the parties are in agreement, the submission may be a joint submission.

Dated:  New York, New York
       May 1, 2025

                                                              SO ORDERED.

                                                              Paul G. Gardephe
                                                              United States District Judge