**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2025

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*/s/ Paul S. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Date: May 9, 2025

Re:  **United States v. Samuel Hall**
      **24 Cr. 151 (PGG)**

Dear Judge Gardephe,

    I write with the consent of the government to respectfully request that the Court authorize, during the period of Mr. Hall's supervised release, Mr. Hall's travel subject to the same conditions as during his period of Pretrial Services supervision. Specifically, we request that Mr. Hall be permitted to travel to the Districts of New Jersey, Delaware, Maryland, and Washington, D.C., for work purposes and that he be permitted to travel to and reside with his spouse parttime in the District of Delaware, with advance notice to and the approval of the Probation Department.

    The government has no objection to this request.[1] We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record

---

[1] Mr. Hall completed his intake with the Probation Department after his sentencing proceeding but does not yet have an assigned Probation Officer. He is thus currently subject to the standard condition limiting his travel to the S.D.N.Y. unless approved by the Court.