# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 30, 2025

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Samuel Hall**
      **24 Cr. 151 (PGG)**

Dear Judge Gardephe,

    I write to respectfully request that the Court authorize the Probation Department to release to defense counsel all of Mr. Hall's drug testing results from his treatment programs and from the Probation Department. The Probation Department has filed a report alleging Mr. Hall has violated the substance use condition of his supervised release, but has informed the parties that it cannot release the underlying drug test results without authorization of the Court.

    So that the parties may review the results and discuss next steps with each other and the Court, we respectfully request the release of Mr. Hall's drug test results.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record
      Probation Officer Rosero

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 30, 2025