UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | **ORDER** |
| SAMUEL HALL, | 24 Cr. 151 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court today, the conditions of the Defendant's supervised release are modified as follows:

1. the Defendant will provide the Probation Officer with access to any requested financial information; and

2. the Defendant's travel is limited to New York, New Jersey, and Connecticut.

All other conditions of the Defendant's supervised release remain in effect.

        By June 13, 2025, the Probation Officer and the parties will submit status reports concerning the Defendant's conduct while on supervised release.

Dated: New York, New York
       May 30, 2025

                                        SO ORDERED.

                                        */s/ Paul G. Gardephe*
                                        Paul G. Gardephe
                                        United States District Judge