# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 11, 2025

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: July 11, 2025

Re:   **United States v. Samuel Hall**
      **24 Cr. 151 (PGG)**

Dear Judge Gardephe,

      I write with consent of the Probation Department to respectfully request that Mr. Hall be permitted to travel to his wife's home in Delaware this weekend in advance of their previously approved trip this coming Monday, July 14, 2025. At Mr. Hall's May 7, 2025 sentencing, the Court permitted Mr. Hall to travel with his wife to join a long-planned family gathering in Jamaica. *See* Sent'g Tr. 28:5-23. The Court subsequently restricted Mr. Hall's domestic travel after some initial issues of non-compliance with supervised release (Doc. 112), but Mr. Hall's compliance has since improved (Doc. 113). So that Mr. Hall may retrieve clothing and pack for his upcoming trip, and travel with his wife to the airport, we respectfully request that he be given temporary permission to travel to Delaware to his wife's home this weekend from July 11 to July 14, 2025. The Probation Department does not object to this request.

      We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Probation Officer Karen Rosero
      AUSA Margaret Lynaugh