UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SAMUEL HALL,

Defendant.

**ORDER**

24 Cr. 151 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court today, the conditions of the Defendant's supervised release are modified to provide for the Defendant's participation in a 120-day residential inpatient substance abuse treatment program at Cornerstone of Medical Arts Center, 159-05 Union Turnpike, Fresh Meadows, New York. The program should consist of approximately 30 days of medical detox programming and approximately 90 days of co-occurring substance use rehabilitation and mental health treatment.

The violation of supervised release hearing will resume on **December 10, 2026, at 12:30 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 4, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge