Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2026

**Via ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re. United States v. Samuel Hall**
**24 Cr. 151 (PGG)**

Dear Judge Gardephe,

I write with the consent of the Government and Probation Department to respectfully request modification of the Court's August 4, 2026 order. *See* Doc. 118. In its order, the Court directed Mr. Hall to participate in a residential inpatient substance abuse treatment program and specified that this should be at a location of Cornerstone Treatment Facilities in Queens. *Id.* Probation respectfully requests that the Court reissue the order removing the reference to the specific treatment provider and location because Cornerstone will only provide the initial detoxification programming, not the subsequent residential substance use and mental health programming. Because these latter services will be provided at another location (which will be determined based on bed availability and other factors once Mr. Hall completes detox), Probation asks that the reference to the specific treatment provider be removed from the Court's order. The Government and defense consent to this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record
Probation Officer Karen Rosero

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

Paul G. Gardephe

**Paul G. Gardephe, U.S.D.J.**

**Dated: August 5, 2026**